FILED
09 DEC 17 AM 9:59
RICHARD W. ...
CLERK U.S. ...
NORTHERN DIST...

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Juan Manuel Falcon -# 177400

**CV 09 80332 MISC**

**VRW**

### ORDER TO SHOW CAUSE

It appearing that Juan Manuel Falcon has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that he may not practice law while so enrolled effective October 17, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why his name should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Juan Manuel Falcon
Falcon & Associates
252 N Fulton St
Fresno, CA 93701