# U.S. Postal Service ™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

**For delivery information visit our website at www.usps.com®**

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

VRW
09-80332 misc

Sent To JUAN MANUEL FALCON — FALCON & ASSOCIATES

Street, Apt. No.; or PO Box No. 252 N. FULTON ST.

City, State, ZIP+4 FRESNO, CA 93701

PS Form 3800, August 2006          See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7008 1300 0000 9802 7717