IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 09 80332 MISC VRW

Juan Manuel Falcon,                         ORDER

State Bar No 177400

_____/

On December 17, 2009, the court issued an order to show cause (OSC) why Juan Manuel Falcon should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code, effective October 17, 2009.

The OSC was mailed to Mr Falcon's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

The court now orders Juan Manuel Falcon removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN THE MATTER OF

JUAN M. FALCON

State Bar No. 177400

_____/

Case Number: CV09-80332 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Juan Manuel Falcon
Falcon & Associates
252 N Fulton Street
Fresno, CA 93701

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk